UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DUFFY, a resident of Maine, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COVANTA ENERGY CORPORATION, a ) <br> Deleware Corporation; COVANTA POWER ) <br> PACIFIC, INC., a California Corporation; ) <br> PACIFIC OROVILLE POWER, INC, a ) <br> California Corporation; and COVANTA ) <br> PASCO, INC., a Florida Corporation ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: 2:06-CV-00426-MCE-DAD <br><br> **STIPULATION TO EXTEND TIME FOR DISCOVERY AND DISCOVERY CUT-OFF DATES & ORDER** |

The parties to this litigation Stipulate as follows for the purposes of the discovery and the discovery cutoff:

1. The discovery cutoff date, originally reflected in the Joint Status Report, reflects a discovery cutoff date of March 21, 2007. Parties wish to extend the discovery cutoff to June 15, 2007.

All of the witnesses, and Plaintiff Richard Duffy, are out of state residents. The litigation necessitates depositions be taken in Florida and Oregon. Plaintiff Duffy himself is a Maine resident.

This Stipulation is the first request by the parties to continue the discovery cutoff date. Good cause exists for the continuance due to the complexity of discovery and the distance between counsel and witnesses.

Accordingly, and pursuant to Federal Rule of Civil Procedure Rules 16(b), 26(d) 29 and 34, the parties hereby stipulate that the discovery cutoff be continued from March 21, 2007 to June 15, 2007.

2. Parties would also like to Stipulate that the expert disclosure date be continued from May 21, 2007 to August 1, 2007.

Dated: March 5, 2007                                  BRADLEY & GMELICH


By:_____/S/_____
         Robert A. Crook, Esq

Attorneys for Defendants, COVANTA ENERGY CORPORATION, a Delaware Corporation; COVANTA POWER PACIFIC, INC., a California Corporation; PACIFIC OROVILLE POWER, INC, a California Corporation; and COVANTA PASCO, INC., a Florida Corporation.


Dated: March 7, 2007                                  KERSHAW, CUTTER & RATINOFF, LLP


By:_____/S/_____
         C. BROOKS CUTTER, ESQ.

Attorney for Plaintiff RICHARD DUFFY.

**<u>ORDER</u>**

      Good Cause appearing, and upon the Stipulation of all parties through their respective counsel, the March 21, 2007 discovery cutoff date is continued to August 1, 2007, and the expert disclosure is continued from May 21, 2007 to August 1, 2007. All other dates remain unchanged.

Dated:  March 19, 2007

                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE