UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DUFFY, a resident of Maine,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> COVANTA ENERGY CORPORATION, a  ) <br> Deleware Corporation; COVANTA POWER  ) <br> PACIFIC, INC., a California Corporation;  ) <br> PACIFIC OROVILLE POWER, INC, a  ) <br> California Corporation; and COVANTA  ) <br> PASCO, INC., a Florida Corporation  ) <br> ) <br> Defendants.  ) <br> ) <br> _____  ) | **Case No.: 2:06-CV-00426-MCE-DAD** |

**STIPULATION TO EXTEND TIME FOR DISCOVERY AND DISCOVERY CUTOFF;**

**PROPOSED ORDER**

The parties to this litigation Stipulate as follows:

1.     Plaintiff Richard Duffy, a Maine resident, was recently deposed and testified that he currently has an open workers compensation claim.  He has not been found "permanent and stationary" under his workers compensation claim.  Mr. Duffy is seeking further treatment for the injuries he sustained as a result of this accident, although it is unknown as to whether workers compensation will cover this further treatment.

1

2. Initially, Plaintiff Duffy suffered injuries to the tips of his left index and middle fingers. While the injury to his middle finger has resolved, there appears to have been complications with the index finger which has resulted in the index finger being removed through successive surgeries. Mr. Duffy continues to complain of pain that runs up the entirety of his arm. Defendants wish to determine Mr. Duffy's prognosis. Additional discovery is necessary on this point, including the depositions of his most recent principal treating providers.

3. All of the witnesses, and Plaintiff Richard Duffy, are out of state residents. The litigation has necessitated depositions be taken in Florida and Oregon. Plaintiff Duffy himself is a Maine resident, and it is likely that depositions in Maine will need to take place with Mr. Duffy's medical providers.

4. This Stipulation is the second request by the parties to continue the discovery cutoff date, and the first to continue the trial date. Good cause exists for the continuance due to the complexity of discovery and the distance between counsel and witnesses

5. Accordingly, and pursuant to Federal Rule of Civil Procedure Rules 16(b), 26(d) 29 and 34, the parties hereby stipulate that the following dates be continued:

A. The discovery cutoff be continued to October 1, 2007.

B. The expert disclosure date be continued to October 1, 2007.

C. The Joint Final Pretrial Statement be filed by no later than January 2, 2008.

  D. The Final Pretrial Conference be continued from November 16, 2007 to January 16, 2008.

  E. The trial date be continued from December 17, 2007 to February 17, 2008.

Dated: July 27, 2007          BRADLEY & GMELICH

                By:   /S/
                   Robert A. Crook, Esq

Attorneys for Defendants, COVANTA ENERGY CORPORATION, a Delaware Corporation; COVANTA POWER PACIFIC, INC., a California Corporation; PACIFIC OROVILLE POWER, INC, a California Corporation; and COVANTA PASCO, INC., a Florida Corporation.

Dated: July 27, 2007          KERSHAW, CUTTER & RATINOFF, LLP

                By:   /S/
                   C. Brooks Cutter, Esq.

Attorney for Plaintiff RICHARD DUFFY.

## **ORDER**

      Good Cause appearing, and upon the Stipulation of all parties through their respective counsel, the following is hereby ordered:

    A.    The discovery cutoff be continued to October 1, 2007.

    B.    The expert disclosure date be continued to October 1, 2007.

    C.    The Joint Final Pretrial Statement be filed by no later than January 11, 2008.

    D.    The Final Pretrial Conference be continued from November 16, 2007 to January 25, 2008 at 9:00 a.m. in Courtroom 3.

    E.    The trial date be continued from December 17, 2007 to February 25, 2008 at 9:00 a.m. in Courtroom 3.

Dated: August 1, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 535 N. Brand Boulevard, 9th Floor, Glendale, CA 91203.

      On July 27, 2007, I served the foregoing document, described as **STIPULATION TO EXTEND TIME FOR DISCOVERY AND DISCOVERY CUTOFF; PROPOSED ORDER** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

C. Brook Cutter, Esq.
KERSHAW, CUTTER  & RATINOFF, LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 448-9800; Facsimile (916) 669- 4499
**Attorneys for Plaintiff Richard Duffy**

Alan L. Cantor, Esq.
Swartz & Swartz
10 Markshall Street
Boston, MA 02108
Telephone: (617) 742-1900; Facsimile: (617) 367-7193
**Attorneys for Plaintiff Richard Duffy**

  __X__  **(BY EMAIL)** I personally emailed this document to the listed email addresses as follows: acantor@swartzlaw.com;  bcutter@kcrlegal.com

  __X__  **(BY ELECTRONIC MAIL)**  I sent such document via facsimile mail to the number(s) noted above and the transmission was reported as complete and without error.

  __X__  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed this July 27, 2007, at Glendale, California.

                                                    DENISE ADAIR LEWIS