UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DUFFY, a resident of Maine, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COVANTA ENERGY CORPORATION, a ) <br> Deleware Corporation; COVANTA POWER ) <br> PACIFIC, INC., a California Corporation; ) <br> PACIFIC OROVILLE POWER, INC, a ) <br> California Corporation; and COVANTA ) <br> PASCO, INC., a Florida Corporation ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | **Case No.: 2:06-CV-00426-MCE-DAD** |

**STIPULATION TO EXTEND TIME FOR POTENTIALLY DISPOSITIVE MOTIONS;**

 **PROPOSED ORDER** 

The parties to this litigation Stipulate as follows:

1.  Pursuant to Federal Rule of Civil Procedure Rules 16(b), 26(d) 29 and 34, the parties stipulated, and the court granted, that the prior pretrial order dates be continued 60 days. Accordingly, this court continued the discovery cutoff and expert disclosure pursuant to the parties' stipulation to October 1, 2007. The filing of the Joint Final Pretrial Statement was continued to no later than January 2, 2008.

1

The Final Pretrial Conference was continued January 16, 2008, and the trial date was continued to February 17, 2008.

    2.    This stipulation seeks to similarly extend the filing of the Motions for Summary Judgment and other dispositive Motion dates by 60 days from August 21, 2007 to October 19, 2007 to comport with the agreement of the parties and the court's prior orders.

    3.    Accordingly, and pursuant to Federal Rule of Civil Procedure Rules 16(b), 26(d) 29 and 34, the parties hereby stipulate that the date for filing Motions for Summary Judgment and other dispositive Motions shall be continued by 60 days from August 21, 2007 to October 19, 2007 to comport with the agreement of the parties and the court's prior orders.

Dated: August 15, 2007                                BRADLEY & GMELICH

By: _____/S/_____
      Robert A. Crook, Esq

Attorneys for Defendants, COVANTA ENERGY CORPORATION, a Delaware Corporation; COVANTA POWER PACIFIC, INC., a California Corporation; PACIFIC OROVILLE POWER, INC, a California Corporation; and COVANTA PASCO, INC., a Florida Corporation.

Dated: August 15, 2007	KERSHAW, CUTTER  & RATINOFF, LLP


By: _____/S/_____
 C. Brooks Cutter, Esq.

Attorney for Plaintiff RICHARD DUFFY.

## **ORDER**

      Good Cause appearing, and upon the Stipulation of all parties through their respective counsel, the date for filing Motions for Summary Judgment and other dispositive Motions shall be continued from August 21, 2007 to October 19, 2007 to comport with the agreement of the parties and the court's prior orders.

Dated: August 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE