UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD DUFFY,                           No. 2:06-cv-00426-MCE-DAD

      Plaintiff,

  v.                                     **ORDER RE: SETTLEMENT AND DISPOSITION**

COVANTA ENERGY CORPORATION, a
Delaware corporation, et al.,

      Defendants.
_____/

    Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled.[1]

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 13, 2008.

    Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

Dated: January 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order Re Settlement and Disposition, the June 13, 2008 Final Pretrial Conference and July 28, 2008 Jury Trial are vacated.