1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  RICHARD DUFFY, a resident of   No. 2:06-cv-00426-MCE-DAD
   Maine,
10
            Plaintiff,
11                                 **ORDER RE: SETTLEMENT AND**
        v.                         **DISPOSITION**
12
   COVANTA ENERGY CORPORATION, a
13 Delaware corporation, et al.,

14          Defendants.
                                 /
15 _____

16      Pursuant to the representations of the attorney for

17 Plaintiff, the Court determined that this case settled as of

18 January 10, 2008.

19      Plaintiff's counsel is granted an extension of time to file

20 dispositional documents on or before March 7, 2008.

21      Failure to comply with this order may be grounds for the

22 imposition of sanctions on any and all counsel as well as any

23 party or parties who cause non-compliance with this order.

24      IT IS SO ORDERED.

25  Dated: February 22, 2008

26

27  _____
    MORRISON C. ENGLAND, JR.
28  UNITED STATES DISTRICT JUDGE