C. Brooks Cutter, SBN 121407
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

Alan L. Cantor, Esq., BBO #072360
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
Telephone:   617-742-1900
Facsimile:    617-367-7193

Attorneys for Plaintiff RICHARD DUFFY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DUFFY, a resident of Maine,<br><br>Plaintiff,<br><br>vs.<br><br>COVANTA ENERGY CORPORATION, a Delaware Corporation; COVANTA POWER PACIFIC, INC., a California Corporation; PACIFIC OROVILLE POWER, INC, a California Corporation; and COVANTA PASCO, INC., a Florida Corporation<br>Defendants. | **Case No.: 2:06-CV-00426-MCE-DAD**<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be,

-1-

STIPULATION OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

Case 2:06-cv-00426-MCE-DAD   Document 42   Filed 07/02/08   Page 2 of 2

and the same hereby dismissed with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: March 26, 2008                    SWARTZ & SWARTZ

                                         By: /s/ Alan L. Cantor, Esq.
                                              ALAN L. CANTOR, ESQ.
                                         Attorney for Plaintiff RICHARD DUFFY.

DATED: March 26, 2008                    KERSHAW, CUTTER & RATINOFF, LLP

                                         By: /s/ C. Brook Cutter, Esq.
                                              C. BROOK CUTTER, ESQ.
                                         Attorney for Plaintiff RICHARD DUFFY

DATED: March 26, 2008                    BRADLEY & GMELICH

                                         By: /s/ Robert A. Crook, Esq.
                                              ROBERT A. CROOK, ESQ.
                                         Attorney for Defendants:
                                         COVANTA ENERGY CORPORATION,
                                         a Delaware Corporation; COVANTA
                                         POWER PACIFIC, INC.,
                                         a California Corporation; PACIFIC
                                         OROVILLE POWER, INC, a California
                                         Corporation; and COVANTA PASCO,
                                         INC., a Florida Corporation

## **ORDER**

IT IS SO ORDERED that this case be dismissed with prejudice.

DATED: July 2, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com